1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JARON REID,                              1:13-cv-01180-SKO (PC)

12           Plaintiff,                       ORDER TO SUBMIT APPLICATION
                                              TO PROCEED IN FORMA PAUPERIS
13       vs.                                  OR PAY FILING FEE WITHIN 45 DAYS

14   A. FRAZIER, et al.,

15           Defendants.
     _____/

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C.

18   § 1983 on July 29, 2013.  Plaintiff has not paid the $400.00 filing fee or submitted an application to

19   proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20          Accordingly, IT IS HEREBY ORDERED that:

21          Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the

22   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

23   the $400.00 filing fee for this action.  **No requests for extension will be granted without a**

24   **showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

25

26   IT IS SO ORDERED.

27   **Dated:    July 31, 2013**              _____/s/ Sheila K. Oberto_____
                                              UNITED STATES MAGISTRATE JUDGE
28

                                              -1-